| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Young Men's Christian Association of Metropolitan Huntsville, Alabama |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) | 24-81638-11 |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 23, 2024**     X **/s/ Jeff Collen**
Signature of individual signing on behalf of debtor

**Jeff Collen**
Printed name

**Interim Chief Executive Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Young Men's Christian Association of Metropolitan Huntsville, Alabama |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known): | 24-81638-11 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 501(c) Agencies Trust c/o Trust Department 400 Race Street, Suite 200 San Jose, CA 95126 | | Trade debt | | | | $6,024.33 |
| Amazon Capital Services, Inc. PO Box 035184 Seattle, WA 98124 | | Trade Debt | | | | $5,290.84 |
| Arab Electric Cooperative PO Box 1068 Guntersville, AL 35976 | | Utilities | | | | $3,824.94 |
| Big Marlin Group 425 West Guadalupe Road, Suite 101 Gilbert, AZ 85233 | | Trade Debt | | | | $3,790.99 |
| Bizzy Beez Cleaning 184 Arnett Raod Madison, AL 35756 | | Trade Debt | | | | $3,500.00 |
| Garrie Mechanical Contractors, LLC 888 Old Mountain Fork Road New Market, AL 35761 | | Trade Debt | | | | $8,986.99 |
| Gordon Food Services GFS Florida Division PO Box 88029 Chicago, IL 60680-1029 | | Trade Debt | | | | $4,191.88 |

| Debtor | Young Men's Christian Association of Metropolitan Huntsville, Alabama | Case number *(if known)* | 24-81638-11 |
|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hatch, Inc.<br>PO Box 88576<br>Milwaukee, WI 53288-0576 | | Trade Debt | | | | $23,072.74 |
| HD Supply formerly Home Depot Pro<br>PO Box 404468<br>Atlanta, GA 30384-4468 | | Trade Debt | | | | $8,000.72 |
| Huntsville Utilities<br>PO Box 2048<br>Huntsville, AL 35804 | | Rent | | | | $20,718.24 |
| Huntsville Utilities<br>112 Spragins St NW<br>Huntsville, AL 35801 | | Utilities | | | | $19,573.49 |
| Kronos Saashr<br>3040 Route 22 West, Suite 200<br>Somerville, NJ 08876 | | Trade Debt | | | | $4,482.17 |
| Les Mills<br>PO Box 74008587<br>363 West Erie St., Suite 200<br>Chicago, IL 60674-8587 | | Trade Debt | | | | $1,694.00 |
| Madison Utilities<br>101 Ray Sanderson Drive<br>Madison, AL 35758 | | Utilities | | | | $1,952.69 |
| Marsh & McLennan<br>PO Box 744833<br>Atlanta, GA 30374-4833 | | Insurance | | | | $10,400.00 |
| Redstone Federal Credit Union<br>Attn: Bankruptcy Department<br>220 Wynn Drive NW<br>Huntsville, AL 35893 | | Credit Card Debt | | | | $38,348.75 |
| Struthers Recreation<br>PO Box 1178<br>Pelham, AL 35124 | | Trade Debt | | | | $123,963.41 |
| Wood Fruitticher Grocery Co, Inc.<br>PO Box 830119<br>Birmingham, AL 35283 | | Trade Debt | | | | $5,025.08 |

| Debtor | Young Men's Christian Association of Metropolitan Huntsville, Alabama | Case number *(if known)* | 24-81638-11 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **YMCA of the USA**<br>**101 N. Wacker Drive**<br>**Chicago, IL 60606** | | **National Dues** | | | | $11,333.25 |
| **YMCA Retirement Fund**<br>**120 Broadway**<br>**New York, NY 10271-1999** | | **Retirement Funds** | | | | $18,715.63 |