☒ Check if this is an amended filing

<u>Official Form 202</u>

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*     **List of 20 Largest Unsecured Creditors**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>September 27, 2024</u>     *X* /s/ Jeff Collen
                                              Signature of individual signing on behalf of debtor

                                              **Jeff Collen**
                                              Printed name

                                              **Interim Chief Executive Officer**
                                              Position or relationship to debtor

Debtor name    **Young Men's Christian Association of Metropolitan Huntsville, Alabama**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    24-81638-CRJ11

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.........................................................................................    $    **21,300,000.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*......................................................................................    $    **7,894,962.99**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*........................................................................................    $    **29,194,962.99**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **15,988,520.33**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    **372,372.28**

4. **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b             $    **16,360,892.61**

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$750.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Redstone Federal Credit Union** | **Child Care Food Account** | **7576** | **$35,429.41** |
| 3.2. | **Redstone Federal Credit Union** | **SEY Maint. Reserve Account (Dormant)** | **7576** | **$52,809.99** |
| 3.3. | **Redstone Federal Credit Union** | **Operating Account** | **0197** | **$284,266.57** |
| 3.4. | **Redstone Federal Credit Union** | **Pre K Grant Account** | **0240** | **$426,207.83** |
| 3.5. | **Redstone Federal Credit Union** | **21st Century Grant Checking Account (Dormant)** | **7347** | **$116.41** |
| 3.6. | **Redstone Federal Credit Union** | **Child Care Money Market Account** | **4827** | **$124,069.72** |

Case 24-81638-CRJ11   Doc 75   Filed 09/27/24   Entered 09/27/24 15:00:58   Desc Main Document   Page 3 of 67

| | | | | |
|---|---|---|---|---|
| 3.7. | **Redstone Federal Credit Union** | **Endeavor Savings Account** | 0600 | **$346,023.26** |
| 3.8. | **Trustmark Bank** | **Business Checking** | 4593 | **$0.00** |
| 3.9. | **Redstone Federal Credit Union** | **21st Century Grant Sustaining Savings** | 7294 | **$112.57** |
| 3.10. | **Redstone Federal Credit Union** | **Grants Account** | 2836 | **$1,477,790.40** |
| 3.11. | **The Community Foundation** | | | **$120,732.66** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  | **$2,868,308.82** |

---

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Huntsville Utilities - Security Deposit** | **$1,100.00** |
| 7.2. | **North Alabama Gas District - Security Deposit**<br>**PO Box 1428, Madison, AL 35758** | **$1,500.00** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.  | **$2,600.00** |

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

---

Debtor    **Young Men's Christian Association of Metropolitan Huntsville, Alabama**        Case number *(If known)*   24-81638-CRJ11

Name

| 11a. 90 days old or less: | 10,150.00 | - | 0.00 | = .... | $10,150.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 103,653.68 | - | 0.00 | = .... | $103,653.68 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 414,751.68 | - | 0.00 | = .... | $414,751.68 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 11,593.04 | - | 0.00 | = .... | $11,593.04 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.        **$540,148.40**

### Part 4:  Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. | **See above The Community Foundation** | | $0.00 |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:             % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.        **$0.00**

### Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.

☐ Yes Fill in the information below.

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

Debtor   **Young Men's Christian Association of Metropolitan**
         **Huntsville, Alabama**                          Case number *(If known)*   24-81638-CRJ11
         Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**See, attached Furniture List** | **$0.00** | | **$88,667.09** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See, attached Equipment List** | **$0.00** | | **$2,924,717.86** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | **$3,013,384.95** |
|---|---|---|

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **1998 FORD E350 VAN** | **$0.00** | | **$10,500.00** |
| 47.2. | **2014 Blue Bird 14 Passenger U7040** | **$51,059.58** | | **$51,925.00** |
| 47.3. | **2014 Blue Bird 14 Passenger-U7041** | **$51,059.58** | | **$51,925.00** |
| 47.4. | **KUBOTA BX 1860 W/ 54** | **$914.80** | **Tax records** | **$9,148.00** |

Debtor   **Young Men's Christian Association of Metropolitan Huntsville, Alabama**           Case number *(If known)*   24-81638-CRJ11

             Name

| | | | | |
|---|---|---|---|---|
| 47.5. | **KUBOTA BX 1860 Lawn Tractor** | $914.80 | Tax records | $9,148.00 |
| 47.6. | **2011 EZGO golf cart (5120)** | $0.00 | | $5,587.50 |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1. | **Pontoon boat sn butj02512F607 w/trailer** | $0.00 | Tax records | $17,900.00 |
| 48.2. | **Yamaha WaveRunner** | $0.00 | | $11,493.00 |
| 48.3. | **3 Aqua Finn Daysailor Sailboats with Lanten Rig Dynamic Sailboat Dolly** | $0.00 | | $16,045.00 |

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Canon Copier IRA DX C3730I (SN: 2UR01827)** | $0.00 | | $2,500.00 |
| **Canon Copier 5550i II (SN: XUG04756)**<br>**Canon Copier 5550i II (SN: JMQ17367)**<br>**Canon Copier 5550i (SN: WXD07467)**<br>**Canon Copier 5540i II (SN: XUP04668)** | $0.00 | | $10,000.00 |
| **Core Health & Fitness Equipment (x2)**<br>**$51,286.12**<br>**Mad Dogg Athletics Equipment (x2) $26,149.09**<br>**PRECOR Equipment (x8) $207,111.46** | $0.00 | | $284,546.67 |

**51.**    **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| $480,718.17 |

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Hogan Family YMCA 130 Park Square Lane, Madison, AL 35758, USA *Redstone Federal Credit Union Appraisal Value*** | Fee simple | $0.00 | Appraisal | $11,450,000.00 |
| 55.2. **Southeast Family YMCA 1000 Weatherly Road Southeast, Huntsville, AL 35803, USA *Redstone Federal Credit Union Appraisal Value*** | Fee simple | $0.00 | Appraisal | $8,725,000.00 |
| 55.3. **Tillman/Macon Road/ Jimmy Fisk Road Land 300 Block Tillman Road, Hazel Green, AL 35750 *Redstone Federal Credit Union Appraisal Value*** | Fee simple | $0.00 | Appraisal | $775,000.00 |
| 55.4. **YMCA Camp Cha La Kee 4380 Cha La Kee Road, Guntersville, AL 35976** | Fee simple | $0.00 | Appraisal | $350,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $21,300,000.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **7,527 membership agreements - See Doc. 60 Order Approving Debtor's Motion to Authorize Procedures for Omnibus Assumption and to Waive All Notice and Waiting Requirements** | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** **Logos and Domain Names: ymcahuntsville.org, ymcahuntsville.com, sciencey.org, chalakee.org, heartofthevalleyymca.com, heartofthevalleyymca.org, colortheirfuture.org, ymcafun.org, ymcahuntsvilleboard.org, ymcamadison.org** | $0.00 | | Unknown |

65. **Goodwill**

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.            | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
   Description (include name of obligor)

| | | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| | **ERTC**     Tax year | **$919,323.65** |

| | |
|---|---|
| 73. | **Interests in insurance policies or annuities** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |

| | |
|---|---|
| **Fees/Grants** | **$14,479.00** |
| Nature of claim | |
| Amount requested | **$0.00** |

| | |
|---|---|
| **Reimbursable PreK Funds already incurred/paid** | **$55,000.00** |
| Nature of claim | |
| Amount requested | **$0.00** |

| | |
|---|---|
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| | |
|---|---|
| **Contributions** | **$1,000.00** |

| | |
|---|---|
| 78. | **Total of Part 11.**        **$989,802.65** |
| | Add lines 71 through 77. Copy the total to line 90. |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,868,308.82 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $540,148.40 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,013,384.95 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $480,718.17 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $21,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $989,802.65 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,894,962.99 + 91b. | $21,300,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $29,194,962.99 |

## YMCA Equipment List

| Property Description | Date in Service | Book Cost |
|---|---|---|
| SERVER SWITCH | 11/01/03 | $509.00 |
| INDOOR PRIME PLAYSYSTEM--Y TIKES | 11/01/03 | $36,442.00 |
| IRON PLATES -- WEIGHTS | 11/01/03 | $6,521.68 |
| OLYMPIC WEIGHT SYSTEM | 11/01/03 | $6,437.00 |
| Playground Equipment | 8/19/04 | $26,725.00 |
| Delfield Cooler | 7/14/04 | $1,700.00 |
| Pool Waterslide | 5/05/05 | $34,900.00 |
| Used Sta-Rite Commercial Filter | 5/06/05 | $6,500.00 |
| Lifeguard Stand - Moveable | 5/06/05 | $1,300.00 |
| Phone System | 9/02/05 | $3,222.00 |
| Kalatel 14 color monitor | 10/25/07 | $340.44 |
| 2 Tabletop scoreboards | 12/07/07 | $1,073.00 |
| spa Safety Release & Booster Pump | 12/22/08 | $1,464.30 |
| Sauna Access Panels & sprinkler heads | 4/16/08 | $3,639.00 |
| Playground Equipment | 11/24/09 | $29,246.00 |
| DTCC Air Conditioners | 9/27/06 | $9,789.00 |
| DTCC HVAC | 5/15/08 | $3,000.00 |
| Table transport truck & 2 carts | 11/01/10 | $818.00 |
| 12 Locker Benches | 11/24/10 | $2,157.50 |
| Filter & Pool Pump - Transfer to SE Y | 6/14/10 | $1,200.00 |
| Water Slide Disassembly | 6/14/10 | $3,500.00 |
| 1 Roc-It Ab - Hoist Plate Loaded | 9/24/10 | $1,665.00 |
| 1 Eagle Fly/Rear Delt | 9/24/10 | $3,474.95 |
| 1 Eagle Calf | 9/24/10 | $2,978.08 |
| 1 Eagle Prone Leg Curls w/ SRLD | 9/24/10 | $2,729.65 |
| 1 Eagle Glute | 9/24/10 | $3,040.19 |
| 1 Eagle Torso | 9/24/10 | $3,350.73 |
| 1 Eagle Chest Press | 9/24/10 | $3,350.73 |
| 1 Eagle Overhead Press | 9/24/10 | $3,288.62 |
| 1 Eagle Row | 9/24/10 | $3,350.73 |
| 1 Eagle Leg Press | 9/24/10 | $4,530.78 |
| 1 Eagle Leg Extension w/ SRLD | 9/24/10 | $2,978.08 |
| 1 Eagle Seated Leg Curl w/SRLD | 9/24/10 | $2,978.08 |
| 1 Eagle Curl | 9/24/10 | $2,605.43 |
| 1 Eagle Arm Extension | 9/24/10 | $2,791.76 |
| 1 Eagle Abdominal | 9/24/10 | $2,667.54 |
| 1 Eagle Back Extension w/ SRLD | 9/24/10 | $2,978.08 |
| 1 Eagle Lat Pull | 9/24/10 | $3,350.73 |
| BRAVO w/Progressive Stablilization | 9/24/10 | $5,640.54 |
| 1 Quad Tower | 9/24/10 | $1,181.75 |
| 1 Row | 9/24/10 | $1,497.93 |
| 1 Lat Pull | 9/24/10 | $1,497.93 |

| | | |
|---|---|---|
| 1 Adjustable Cable | 9/24/10 | $1,317.54 |
| 1 Attached Cable Crossover | 9/24/10 | $4,027.43 |
| 1 Fitlinxx Lateral Raise | 9/24/10 | $2,616.56 |
| TV Cable for New Fitness Equipment | 9/20/10 | $3,100.00 |
| Pool - 10HP C Series Motor | 12/22/10 | $3,550.00 |
| New Phone System | 12/10/10 | $10,272.00 |
| Big Kids Child Watch Customized Play Structur | 11/01/10 | $174,950.00 |
| Hoist - Roc-It Ab | 11/01/10 | $1,665.00 |
| 1 Eagle Fly/Rear Delt | 11/01/10 | $3,487.13 |
| 1 Eagle Prone Leg Curl | 11/01/10 | $2,739.22 |
| 1 Eagle Glute | 11/01/10 | $3,050.85 |
| 1 Eagle Torso | 11/01/10 | $3,362.48 |
| Eagle Chest Press | 11/01/10 | $3,362.48 |
| Eagle Overhead Press | 11/01/10 | $3,300.15 |
| Eagle Row | 11/01/10 | $3,362.48 |
| Eagle Leg Press | 11/01/10 | $4,546.67 |
| Eagle Lex Extension | 11/01/10 | $2,988.52 |
| Eagle Seated Leg Curl | 11/01/10 | $2,988.52 |
| Eagle Arm Curl | 11/01/10 | $2,614.57 |
| Eagle Arm Extension | 11/01/10 | $2,801.55 |
| Eagle Abdominal | 11/01/10 | $2,676.89 |
| Eagle Back Extension | 11/01/10 | $2,988.52 |
| Eagle Calf | 11/01/10 | $2,988.52 |
| Eagle Lat Pull | 11/01/10 | $3,362.48 |
| Free Weights - Benches & Weight Storage | 11/01/10 | $10,589.73 |
| Free Weights - 3 Twin Tier Dumbell Rack | 11/01/10 | $2,129.84 |
| Free Weights - 2 Bent Leg Abdominal Board | 11/01/10 | $2,530.43 |
| Free Weights - Power Cage Station | 11/01/10 | $1,979.13 |
| Free Weights - Leg Raise Dip & Squat Rack | 11/01/10 | $2,086.22 |
| OEM - Urethane Plates/ Free Weights | 11/01/10 | $10,922.89 |
| OEM - 3 Straight Handles Dumbells | 11/01/10 | $8,505.78 |
| 1 Plate Loaded - Row-Diverging | 11/01/10 | $1,741.16 |
| 1 Plate Loaded Overhead Press | 11/01/10 | $1,741.16 |
| 1 Plate Loaded Leg Press | 11/01/10 | $3,010.34 |
| 1 Plate Loaded Smith Press | 11/01/10 | $3,129.32 |
| 1 Plate Loaded Squat Press | 11/01/10 | $2,693.04 |
| 1 Pleate Loaded Seated Calf | 11/01/10 | $1,265.21 |
| 1 Chest Press | 11/01/10 | $2,757.18 |
| Overhead Press | 11/01/10 | $2,691.46 |
| Row | 11/01/10 | $2,954.36 |
| Lex Extension | 11/01/10 | $2,757.18 |
| Seated leg Curl | 11/01/10 | $2,757.18 |
| Arm Curl | 11/01/10 | $2,362.83 |
| Ab Crunch | 11/01/10 | $2,231.38 |

| | | |
|---|---|---|
| Back Extension | 11/01/10 | $2,625.73 |
| Lateral Raide | 11/01/10 | $2,625.73 |
| Tricep Press | 11/01/10 | $2,625.73 |
| Dip/Chin Assist | 11/01/10 | $3,151.53 |
| Fitness Equipment - BOSU Class Pack | 11/01/10 | $4,170.20 |
| 2 LG 47 LCD TV with Mounts | 11/01/10 | $2,683.20 |
| Sound System | 11/01/10 | $9,673.52 |
| Security System - ViewSonic 26 VGA Monitor | 11/01/10 | $3,607.44 |
| Security System - Revision #3 | 11/01/10 | $17,613.26 |
| 16 Dumbells with Rack | 11/03/10 | $682.31 |
| Digium Phone System | 11/10/10 | $8,862.00 |
| Pool - Palm Tree Royale | 11/01/10 | $10,099.00 |
| Pool - Leakin Beacon | 11/01/10 | $11,953.00 |
| Pool - Tumble Buckets | 11/01/10 | $11,852.00 |
| Pool - Sheetflo Curtain | 11/01/10 | $8,104.00 |
| Pool - Water Cannon | 11/01/10 | $12,399.00 |
| Pool - Sprayng Whale | 11/01/10 | $7,901.00 |
| Pool - Pop & Slant Jet | 11/01/10 | $3,049.00 |
| Plastic Lockers- 4 separate rooms | 11/01/10 | $101,391.00 |
| Pool - Slide Flumes | 11/01/10 | $65,272.00 |
| Pool - Tower Canopy | 11/01/10 | $1,950.00 |
| Aerobic Equipment | 11/01/10 | $12,321.28 |
| Acquatic Equipment | 11/01/10 | $2,094.46 |
| 2 Guard Stations | 11/01/10 | $877.98 |
| Aquatic Rescue Equipment | 12/30/10 | $3,179.85 |
| Outdoor Sports Equipment | 12/16/10 | $2,018.39 |
| 4 Stanchion Posts w flags/pool ropes | 12/22/10 | $2,861.00 |
| Lenovo ThinkCentre Computer | 9/16/10 | $674.00 |
| Hikivision Camera System | 10/02/12 | $6,100.00 |
| 4 Window A/C units | 6/06/12 | $2,069.28 |
| Suspension Tracking Pro Pack | 1/16/13 | $1,355.55 |
| Post Pads for Shade | 5/07/13 | $1,366.00 |
| Gym Bleachers- 4 folding Units | 11/07/13 | $4,908.35 |
| 5 Ceiling Fans - Ex Studio | 10/14/13 | $2,875.00 |
| Walk in Cooler | 10/08/13 | $4,817.92 |
| Access Control System | 9/11/13 | $3,525.00 |
| 10 Cameras & DVR | 10/01/13 | $4,696.00 |
| Refrigerator | 10/30/13 | $1,803.38 |
| Alphone Door Station | 9/09/13 | $5,380.00 |
| 6 Cameras | 10/25/13 | $2,242.00 |
| Intercom System | 8/23/13 | $3,455.00 |
| 2 DVRs | 8/23/13 | $3,010.00 |
| Hot Food Serving Counter | 9/19/13 | $1,200.08 |
| SwitchVox Voice System | 12/05/13 | $6,190.50 |

| | | |
|---|---|---|
| SwitchVox Voice System | 12/03/13 | $8,283.00 |
| 12 Lenovo ThinkCentre Comput 12 of 12 | 11/01/10 | $674.00 |
| 1 Hip Abductions | 11/01/10 | $2,752.31 |
| Mini Mag Floor Scrubber | 1/30/15 | $7,485.00 |
| Pressure Cleaner | 3/04/15 | $1,746.98 |
| Security Camera System | 6/30/15 | $30,497.46 |
| Water Softner | 12/30/15 | $5,836.62 |
| Full Copmmercial Lateral Trainer #10587 | 4/16/15 | $6,383.20 |
| Ascent Trainer #105252 | 3/26/15 | $5,883.07 |
| Ascent Trainer #105249 | 3/26/15 | $5,883.07 |
| Climbmill #101453 | 3/26/15 | $5,883.07 |
| Climbmill #101451 | 3/26/15 | $5,883.07 |
| Outdoor Pool Surveilance System | 1/07/15 | $4,554.74 |
| Pool Deck Shade 27x18x9 | 4/13/15 | $8,446.00 |
| Haywood Pool/Spa Heater-Indoor Pool | 3/26/15 | $9,290.00 |
| 400K Hayward Pool Heater-Whirlpool | 11/09/15 | $3,300.00 |
| Expresso HD Upright #23178 | 3/05/15 | $5,695.50 |
| Expresso HD Upright #23179 | 3/05/15 | $5,695.50 |
| AMT 885 Open Stride Preva NTSC | 3/12/15 | $8,141.73 |
| AMT 885 Open Stride Preva NTSC | 3/12/15 | $8,141.73 |
| Full Commercial Lateral Trainer #10596 | 4/16/15 | $3,975.00 |
| Full Commercial Lateral Trainer #90349 | 4/16/15 | $3,975.00 |
| Climbmill #101286 | 3/26/15 | $5,899.00 |
| Climbmill #101284 | 3/26/15 | $5,899.00 |
| 2-21'Tipi Cover & Door | 7/06/15 | $4,214.00 |
| 20-72' round plywood Tables w/Cart | 6/11/15 | $4,100.00 |
| 15 Mattresses | 6/17/15 | $1,326.51 |
| Convection Oven | 7/03/15 | $3,100.00 |
| SECD Camera System | 8/28/15 | $2,544.59 |
| Security System with Cameras | 8/26/15 | $3,167.18 |
| 16 Security Camera System | 8/31/15 | $8,097.59 |
| Steam Generator-upgrade 4/2018 | 11/02/15 | $5,912.90 |
| Lockers | 12/08/15 | $19,536.00 |
| Expresso HD Upright #23185 | 3/05/15 | $5,893.00 |
| Jacobs Ladder Climber | 4/16/15 | $4,057.30 |
| Lenova Computers -COO | 11/24/15 | $977.87 |
| Lenova Computers -CFO | 11/24/15 | $977.87 |
| Lenova Computers -Marketing | 11/24/15 | $977.87 |
| Lenova Computers -Executive Assistant | 11/24/15 | $977.88 |
| Lenova Computers -Annual Giving Director | 11/24/15 | $977.88 |
| Lenova Computers-Youth Service Director | 11/24/15 | $977.88 |
| Lenova Computers -Human Resources | 11/24/15 | $977.88 |
| 77 X 12 Trailer | 6/17/14 | $1,550.00 |
| Outdoor Pool Supplies | 5/14/14 | $13,943.58 |

| | | |
|---|---|---|
| Tomcat Walk Behind Floor Scrubber | 12/30/14 | $3,600.00 |
| DTY- 5 Computers | 3/14/14 | $4,575.00 |
| 1 eSpinners | 9/24/10 | $3,709.05 |
| Jacob's Ladder | 1/01/16 | $3,995.00 |
| ActivTrax Kiosk | 8/01/16 | $3,276.00 |
| Weights | 12/20/16 | $2,406.08 |
| Sci-Fit Pro 1 Adjustable UBE Prem Seat | 12/28/16 | $4,191.32 |
| American Barbell 5-50 lbs | 12/28/16 | $3,434.78 |
| American Barbell 55-100 lbs | 12/28/16 | $5,829.02 |
| Free Weight-4 adjustable Benches | 12/28/16 | $2,411.08 |
| Free Weight-45 Degree Back Extension | 12/28/16 | $858.69 |
| Free Weight-Utility Bench | 12/28/16 | $346.56 |
| Free Weight - 2 Flat Benches | 12/28/16 | $572.46 |
| Free Weight - Scott Curl | 12/28/16 | $670.12 |
| Flat Bench - Adjustable Decline Bench | 12/28/16 | $653.00 |
| Plate Load-Smith Press | 12/28/16 | $2,959.97 |
| Plate Load- Seated Calf | 12/28/16 | $1,229.11 |
| Jacob's Ladder | 1/01/16 | $3,995.00 |
| Compressor for swimming pool area | 2/15/16 | $4,618.00 |
| ActivTrax Kiosk | 8/01/16 | $3,276.00 |
| Weights exercise mats | 12/20/16 | $3,102.60 |
| 12' Saturn Inflatable Water Toy | 4/29/16 | $1,749.51 |
| AED | 4/04/16 | $1,730.00 |
| Range w/ LP Convert | 4/07/16 | $7,446.00 |
| Kitchen-6' Condendate Hood | 6/02/16 | $5,000.00 |
| 12 Paddle Boards with Floating Paddles | 4/08/16 | $6,692.00 |
| Dishwear | 5/04/16 | $4,471.68 |
| ANSUL Kitchen Fire Suppression System | 5/06/16 | $1,800.00 |
| Portable Vacuum with Cart | 5/11/16 | $1,474.00 |
| 30' X 60' Solar Cover | 5/11/16 | $3,065.00 |
| Pool Liner & Start Up Equipment | 5/11/16 | $5,550.00 |
| Storage Building | 6/01/16 | $2,520.00 |
| 48 Twin Steel Bunk Beds | 6/03/16 | $19,060.00 |
| 96 Green Vinyl Mattress | 6/03/16 | $7,200.00 |
| Pool-2-3 Tread Ladders | 7/01/16 | $1,700.00 |
| Pool-Mesh Safety Cover | 11/01/16 | $3,700.00 |
| 4- Hatch iStartSmart Mobile Classroom | 2/01/16 | $5,724.25 |
| Hatch Display Sol w/Optical Drive | 2/01/16 | $8,839.25 |
| 2 Single Large Art Easels | 9/20/16 | $1,832.00 |
| 1 Large Drum | 9/20/16 | $1,285.00 |
| Chime Panel | 9/20/16 | $1,164.00 |
| Large Balance Scale | 10/28/16 | $698.00 |
| Truck Pit | 10/28/16 | $4,110.00 |
| Stump Gardens | 10/28/16 | $558.00 |

| | | |
|---|---|---|
| Weather Station Learning Center | 10/28/16 | $3,023.00 |
| Double Passege Adventure Tube w/Flower | 11/01/16 | $1,564.05 |
| Playtown Butterfly Climber | 11/01/16 | $1,980.76 |
| ActivTrax Kiosk | 8/01/16 | $3,276.00 |
| 2 Single Large Art Easels | 9/07/16 | $1,832.00 |
| 1 Large Drum | 9/07/16 | $1,285.00 |
| Chime Panel | 9/07/16 | $1,164.00 |
| 2 Single Large Art Easels | 9/20/16 | $1,832.00 |
| 1 Large Drum | 9/20/16 | $1,285.00 |
| Chime Panel | 9/20/16 | $1,164.00 |
| 2-30" Commercial Sand Filter | 9/25/17 | $3,210.00 |
| Defibrilllator w/smart pads | 4/19/17 | $1,197.81 |
| Defibrilllator w/smart pads | 4/19/17 | $1,197.82 |
| Defibrilllator w/smart pads | 4/19/17 | $1,197.82 |
| HVAC Web Server-Carrier i-Vu Comp | 2/16/17 | $5,450.00 |
| Parking Lot Cameras | 6/20/17 | $13,315.00 |
| Dechlorination System | 9/29/17 | $2,829.34 |
| 5 Ton 14 Seer Elec Split Heat Pump | 3/31/17 | $6,575.00 |
| 12-A/C Window Units | 4/14/17 | $4,309.20 |
| 130ft Deck Improvements | 5/31/17 | $6,090.00 |
| 80 Gallon Water Heater | 6/14/17 | $4,079.90 |
| Hatch Display Sol. W/ Optical | 5/02/17 | $9,124.50 |
| 4-isTartSmart Molbile Classroom | 2/28/17 | $5,439.00 |
| Hatch Display Sol. W/ Optical | 5/02/17 | $9,124.50 |
| 3-iStartSmart Mobile Classroom | 2/28/17 | $2,484.50 |
| iStartSmart Mobile Classroom | 2/28/17 | $1,424.50 |
| 250K BTU Gas Heater-Kiddie Pool | 8/23/18 | $3,150.00 |
| 2 Pool Ranger Chair Lifts | 9/19/18 | $8,480.00 |
| 6-SBK 843 Spinners | 5/31/18 | $8,097.61 |
| 12 S10 Spinner Studio Consoles | 5/31/18 | $1,357.44 |
| 6-LF 15.6 Attachable TV | 5/31/18 | $5,304.44 |
| 2 Cybex R Series Recumbent Bikes | 5/31/18 | $8,066.12 |
| 3 Cybex R Series Upright Bikes | 5/31/18 | $7,729.33 |
| HD Athletic Half Rack 42" Multi Grip | 5/31/18 | $1,708.42 |
| Eagle NX Ab-Ad | 5/31/18 | $4,484.92 |
| 250K BTU Natural Gas Heater | 1/23/18 | $3,150.00 |
| Dolphin C Class Commercial Cleaner | 4/25/18 | $3,799.99 |
| 9-LF 15.6 Attachable TV | 5/31/18 | $7,841.22 |
| 7-Cybex R Series Treadmills 50L | 5/31/18 | $33,917.69 |
| 2-Cybex Series Upright Bike 50L | 5/31/18 | $5,083.50 |
| Hack Squat | 5/31/18 | $3,343.86 |
| Matrix Eliptical-E7XE-04 W/VA | 5/31/18 | $4,726.85 |
| Matrix Eliptical-E7XE-04 W/VA | 5/31/18 | $4,726.85 |
| 7-SBK 843 Spinners w/Console | 5/31/18 | $10,313.94 |

| | | |
|---|---|---|
| Plate Loaded Smith Press | 11/19/18 | $3,269.39 |
| Hammer Strength Barbell Rack W/Barbells | 5/31/18 | $2,527.53 |
| Precor AMT 885 Openstirde w/ Preva | 5/31/18 | $8,062.44 |
| 3 Precor EFT Ellipticals 885 V2 moving Arm | 5/31/18 | $19,470.68 |
| 3 Precor EFT Ellipticals V2 Fixed Arm | 5/31/18 | $17,848.93 |
| Concept 2 Ski Erg | 5/31/18 | $1,023.02 |
| 2 - 66 X 30 DESKS 2 of 3 | 11/01/03 | $1,450.00 |
| Splash Pool Pump & Strainer Basket | 3/07/19 | $11,000.00 |
| 10HP EQ Series Pool Pump | 10/24/19 | $10,200.00 |
| 250K BTU Heater | 5/31/19 | $3,450.00 |
| 10 Hammer Barbells Rubber Rd 20-110lb | 4/22/19 | $1,732.79 |
| Hammer Strength Barbell Rack | 4/22/19 | $921.37 |
| StepOne Recumbent Stepper | 4/22/19 | $4,244.99 |
| 8-Precor Spinner Chromo Power Bike SBK 869 | 4/22/19 | $14,960.00 |
| Precor Assualt AirBike | 4/22/19 | $799.00 |
| Precor Assault AirRunner ATR825 | 4/22/19 | $3,999.00 |
| Precor Concept 2 SkiErg | 4/22/19 | $1,200.00 |
| 13 Precor Treadmills-TRM 781 | 4/22/19 | $83,173.72 |
| 2-Procor Treadmills TRM 731 | 4/22/19 | $8,677.47 |
| Outdoor Movie Theater Syst | 4/11/19 | $2,749.00 |
| Lochinvar 250K BTU ASME Heater | 3/26/19 | $3,695.00 |
| Hikvision 16ch 12TB Hybird DVR | 5/22/19 | $2,665.00 |
| 2 Life Fitness Total Body Arc Trainer | 4/22/19 | $13,714.26 |
| 2 Precor Ellipticals EFX 865 MA | 4/22/19 | $12,126.77 |
| Precor Elliptical EFX 835 MA | 4/22/19 | $4,584.91 |
| 8 Precor Treadmills-TRM 761 | 4/22/19 | $45,937.74 |
| 4 Precor Treadmills TRM 731 | 4/22/19 | $17,453.68 |
| Precor Assault AirBike  ABK 825 | 4/22/19 | $799.00 |
| Precor Assault AirRunner  ATR 825 | 4/22/19 | $3,999.00 |
| 6 Precor Spinners Chrono Pow 1 of 6 | 4/22/19 | $1,870.00 |
| Concept 2 SkiErg Indoor Ski Machine | 4/22/19 | $1,200.00 |
| Precor Marpo Rope Trainer | 4/22/19 | $3,000.00 |
| Life Fitness Adjust. Upper  Body Exerciser | 4/22/19 | $3,805.52 |
| Life Fitness Presitge Standing Calf | 4/22/19 | $3,175.69 |
| Life Fitness Lower Body Arc Trainer | 4/22/19 | $6,605.44 |
| Life Fitness Total Body Arc Trainer | 4/22/19 | $6,960.61 |
| 3 Precor Upright Bike UBK885 | 4/22/19 | $11,269.29 |
| 3 Precord Recumbent Bikes RBK 885 | 4/22/19 | $11,917.67 |
| 14 Precor Spinner Chrono Power Bike SBK 869 | 4/22/19 | $29,965.74 |
| Precor Versa Climber | 4/22/19 | $4,595.00 |
| 3 Johnson Ascent Trainer A&XE | 4/22/19 | $18,913.59 |
| Johnson Climbmill | 4/22/19 | $6,648.72 |
| HVAC Unit 7 | 8/31/20 | $9,650.00 |
| HVAC Unit 8 | 8/31/20 | $9,650.00 |

| | | |
|---|---|---|
| Basketball Goals | 9/16/20 | $2,548.00 |
| Basketball Goals | 9/16/20 | $2,548.00 |
| 2-Life Fitness Lower Body Arc Trainer | 1/06/20 | $13,067.84 |
| 3-Life Fitness Total Body Arc Trainer | 1/06/20 | $20,597.86 |
| 6-Precor Crosstrainer EFX 885 | 1/06/20 | $40,867.15 |
| 2-Precor Crosstrainer EFX 883 | 1/06/20 | $12,541.24 |
| 7-Precor Spinners Chrono Power SBK 869 | 1/06/20 | $14,152.14 |
| Precor Assault AirRower Elite ARW 865 | 1/06/20 | $1,404.41 |
| Precor Back Extension DBR 312 | 1/06/20 | $882.83 |
| Marpo Tire Trainer | 1/06/20 | $3,421.25 |
| Marpo VMX Dual Station | 1/06/20 | $8,576.00 |
| Life Fitness Lower Body Arc Trainer | 1/06/20 | $6,532.50 |
| 2- Life Fitness Total Body Arc Trainer | 1/06/20 | $13,728.92 |
| 5-Precor Crosstrainers EFX 885 | 1/06/20 | $34,872.66 |
| 4-Precor Treadmills TRM 781 | 1/06/20 | $25,728.27 |
| 2 Precor Upright Cycles- UBK 885 | 1/06/20 | $8,081.60 |
| 4-Precor Recumbent Cycles RBK 885 | 1/06/20 | $17,093.14 |
| 7- Precor Spinners Chrono Power SBK 869 | 1/06/20 | $14,491.53 |
| 2- Precor Assault AirRowers Elite ARW 865 | 1/06/20 | $2,876.16 |
| Precor Flat Bench DBR 1010 | 1/06/20 | $801.54 |
| Precor Multi-Purpose Bench DBR 116 | 1/06/20 | $440.05 |
| 5 Precor Mult Adjustable Benches DBR 119 | 1/06/20 | $4,714.94 |
| Precor 8-Stack Multi Station CW2505 | 1/06/20 | $17,068.06 |
| Precor FTS Glide | 1/06/20 | $3,178.65 |
| Precor Assault AirRunner ATR 825 | 1/06/20 | $4,127.61 |
| 2 Precor Assault AirRower El 1 of 2 | 1/06/20 | $1,672.69 |
| Smart Boards | 8/19/20 | $10,989.00 |
| Smart Boards | 8/19/20 | $10,989.00 |
| Smart Boards | 8/19/20 | $10,989.00 |
| Matrix Climbmill | 1/06/20 | $6,490.40 |
| Life Fitness Lower Body Arc Trainer | 1/06/20 | $6,536.07 |
| Life FitnessTotal Body Arc Trainer | 1/06/20 | $6,868.21 |
| 9 Precor Treadmills-TRM 781 | 1/06/20 | $58,443.34 |
| 2- Precor Interval Treadmills-TRM 731i | 1/06/20 | $8,799.73 |
| Precor Assault LarRower ARW 865 | 1/06/20 | $1,450.61 |
| PrecorHack Squat DPL 603 | 1/06/20 | $3,794.19 |
| Precor Multi Adjustable Bench DBR 119 | 1/06/20 | $1,877.54 |
| Precor Half Rack DBR 611 | 1/06/20 | $1,955.76 |
| Precor 6 Stack Multi Station CW2275 | 1/06/20 | $13,518.23 |
| Precor Umax Prem Dumbells | 1/06/20 | $7,734.40 |
| Precor X2 500 Bridge w/ Accessories | 1/06/20 | $21,445.95 |
| Sauna Upgrade | 3/11/22 | $25,176.00 |
| Bench w/Shade Structure | 4/12/22 | $13,613.21 |
| Sauna Upgrade | 3/11/22 | $25,737.00 |

| | | |
|---|---|---|
| GameTime Playground Equipment | 11/29/22 | $41,119.75 |
| GameTime Playground Equipment | 11/29/22 | $59,853.26 |
| GameTime Playground Equipment | 11/29/22 | $22,381.47 |
| 2 Precor Assault AirRower El 2 of 2 | 1/06/20 | $1,672.70 |
| 6 Precor Spinners Chrono Pow 2 of 6 | 4/22/19 | $1,870.00 |
| 6 Precor Spinners Chrono Pow 3 of 6 | 4/22/19 | $1,870.00 |
| 6 Precor Spinners Chrono Pow 4 of 6 | 4/22/19 | $1,870.00 |
| 6 Precor Spinners Chrono Pow 5 of 6 | 4/22/19 | $1,870.00 |
| 6 Precor Spinners Chrono Pow 6 of 6 | 4/22/19 | $1,870.00 |
| Play Struct w/rubber safety surface | 12/20/23 | $119,090.80 |
| Storage Shed | 7/13/23 | $3,419.00 |
| Nature Discovery Play House | 12/20/23 | $25,112.72 |
| Game Time Shade 24x30x12 | 12/20/23 | $18,063.35 |
| Game Time Shade 18x18x10 | 12/20/23 | $13,932.87 |
| Aerobic Equipment | 6/01/08 | $793.05 |
| Fitness Wholesale - Aerobic Equipment | 6/01/08 | $626.13 |
| Fitness Wholesale - Aerobic Equipment | 6/01/08 | $677.80 |
| Humansport Shoulder Chest | 6/01/08 | $3,409.21 |
| Eagle Fly / Rear Delt | 6/01/08 | $3,638.73 |
| Eagle Prone Leg Curl w/ SRLD | 6/01/08 | $3,113.01 |
| Eagle Glute | 6/01/08 | $3,188.11 |
| Eagle Hip Ab/Ad | 6/01/08 | $4,277.10 |
| Eagle Torso | 6/01/08 | $3,511.05 |
| Eagle Chest Press | 6/01/08 | $3,526.07 |
| Eagle Overhead Press | 6/01/08 | $3,413.42 |
| Eagle Row | 6/01/08 | $3,526.07 |
| Eagle Leg Press | 6/01/08 | $4,712.70 |
| Eagle Leg Exten w/ SRLD | 6/01/08 | $3,113.01 |
| Eagle Seated Leg Curl w/ SRL | 6/01/08 | $3,113.01 |
| Eagle Arm Curl | 6/01/08 | $2,737.49 |
| Eagle Arm Extension | 6/01/08 | $2,925.25 |
| Eagle Abdominal | 6/01/08 | $2,775.05 |
| Eagle Back Extension w/SRLD | 6/01/08 | $3,113.01 |
| Eagle Calf | 6/01/08 | $3,285.74 |
| Eagle Lat Pull | 6/01/08 | $3,526.07 |
| Bent Leg Abdominal Board | 6/01/08 | $1,295.52 |
| Olympic Bench Press | 6/01/08 | $688.92 |
| Weight Storage Attachment | 6/01/08 | $1,026.89 |
| Olympic Incline Bench | 6/01/08 | $818.91 |
| Twin Tier Dumbell Rack | 6/01/08 | $1,343.18 |
| 45 Deg Back Extension | 6/01/08 | $758.25 |
| Power Cage Station | 6/01/08 | $1,642.15 |
| Flat Bench w/ Adj to 80 Bench | 6/01/08 | $2,370.07 |
| Scott Curl | 6/01/08 | $645.59 |

| | | |
|---|---|---|
| Olympic Decline Bench | 6/01/08 | $818.91 |
| Upright Bench | 6/01/08 | $385.62 |
| Converging Chest Press | 6/01/08 | $1,728.81 |
| Squat Press | 6/01/08 | $2,768.69 |
| Converging Incline Press | 6/01/08 | $1,728.81 |
| Row | 6/01/08 | $1,902.13 |
| Dell T110 Server - Corp Office | 11/07/12 | $2,287.50 |
| Concrete Trike Track | 11/03/22 | $11,000.00 |
| Hal Powwer Rack & Tree | 6/01/23 | $3,185.71 |
| Weight Plates | 6/01/23 | $4,956.04 |
| | | **$2,924,717.86** |

# YMCA Furniture List

| Property Description | Date in Service | Book Cost |
|---|---|---|
| FITNESS CENTER MIRRORS | 11/05/03 | $814.44 |
| 3 END TABLES 24X24X24 | 11/01/03 | $450.00 |
| 5 GUEST CHAIRS -- BURGUNDY | 11/01/03 | $750.00 |
| NW Child Care Furniture | 6/09/04 | $10,532.50 |
| 2 mahogany writing desks - leasesouth | 2/02/07 | $1,336.74 |
| 6 Mahogany Credenzas - leasesouth | 2/02/07 | $5,681.13 |
| 2 Mahogany Hutches | 2/02/07 | $1,944.35 |
| 6 - 36x84 Bookcases | 2/02/07 | $2,059.79 |
| 10 - 4 drawer veritcl file cabinets | 2/02/07 | $2,784.87 |
| 2 - 4 drawer lateral file cabinets | 2/02/07 | $1,213.19 |
| 1 Mahogany end table | 2/02/07 | $120.50 |
| 1 mahogany Conference table | 2/02/07 | $1,306.36 |
| 4 Mahogany Executive desks | 2/02/07 | $3,815.78 |
| 2 Desks | 6/16/08 | $1,110.00 |
| 1 Exec Swivel Chair | 6/16/08 | $89.50 |
| 4 Chairs | 6/16/08 | $417.60 |
| Dining Hall Stools | 11/23/09 | $10,000.00 |
| DTCC Credenza | 6/30/05 | $199.99 |
| DTCC 10 Teacher Low-Back Chairs | 6/29/09 | $1,800.00 |
| Desk 41.5x71 with pedistal | 11/01/10 | $498.00 |
| 22 Mahogany Chairs | 11/01/10 | $800.25 |
| 7 - 8ft Plastic Folding Tables | 11/01/10 | $542.43 |
| 2 - 6ft Plastic Folding Tables | 11/01/10 | $107.98 |
| 9 - 60 Round Plastic Folding Tables | 11/01/10 | $802.71 |
| 6 - 24x24 Cafe Tables | 11/01/10 | $363.00 |
| 15 Barstools | 11/01/10 | $915.49 |
| Patio Furntiure | 11/01/10 | $1,922.12 |
| 5 Desk 36x72 with pedistal | 11/01/10 | $2,495.00 |
| Infant Cribs | 2/02/13 | $2,322.37 |
| Infant Cribs | 2/02/13 | $2,322.37 |
| Infant Cribs | 2/02/13 | $2,652.26 |
| 5 Desks | 6/16/08 | $2,775.00 |
| 80 Folding Chairs/Storage Caddie for Events | 3/03/15 | $1,707.60 |
| 4-Heet Benches 6 x 20-Sauna | 3/20/15 | $1,625.00 |
| Pedestal Tables w/2 Seats | 9/20/16 | $695.00 |
| Pedestal Tables w/2 Seats | 9/07/16 | $695.00 |
| 120 -18" Chairs | 4/24/17 | $4,244.08 |
| 2 - 72x36 Desk | 6/01/08 | $1,400.00 |
| 2 - Credenza | 6/01/08 | $1,200.00 |
| 1 - Hutch | 6/01/08 | $500.00 |
| 2 - Bookcases | 6/01/08 | $790.00 |
| 2 - Lateral File | 6/01/08 | $940.00 |

| | | |
|---|---|---|
| 2 - Desk Chairs | 6/01/08 | $598.00 |
| 6 Guest Chairs | 6/01/08 | $1,380.00 |
| 4 Tables Base | 6/01/08 | $660.00 |
| 4 - 30  Table Tops | 6/01/08 | $360.00 |
| 12 - Multipurpose Chairs w/arms | 6/01/08 | $1,560.00 |
| Air Hockey Table-Teen Center | 3/18/08 | $1,800.00 |
| 10 Meeting Rm Chairs-Mesh Backs | 12/22/16 | $1,890.00 |
| 4 Cribs + 1 Evac Crib | 3/04/10 | $1,676.69 |
| | | **$88,667.09** |

Debtor name **Young Men's Christian Association of Metropolitan Huntsville, Alabama**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) 24-81638-CRJ11

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim | Column B Value of collateral that supports this claim |
|---|---|---|
| | Do not deduct the value of collateral. | |

**2.1  Redstone Federal Credit Union**
Creditor's Name

**Attn:  Bankruptcy Department
220 Wynn Drive NW
Huntsville, AL 35806-0001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
7640**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Hogan Family Center, SE Family Center, Bank Accounts, Accounts Receivables, Equipment, Furniture**

**Describe the lien**
**Mortgages and UCC Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $13,837,804.15 | $23,531,801.52 |

**2.2  Redstone Federal Credit Union**
Creditor's Name

**Attn:  Bankruptcy Department
220 Wynn Drive NW
Huntsville, AL 35806-0001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Hogan Family Center, SE Family Center, Bank Accounts, Accounts Receivables, Equipment, Furniture**

**Describe the lien**
**Mortgages and UCC Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| $1,650,716.18 | $23,531,801.52 |

Official Form 206D                     Schedule D: Creditors Who Have Claims Secured by Property                     page 1 of 2

| Debtor | Young Men's Christian Association of Metropolitan Huntsville, Alabama | Case number (if known) | 24-81638-CRJ11 |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

**2856**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **US Small Business Administration** | **Describe debtor's property that is subject to a lien** | $500,000.00 | $3,356,801.52 |
|---|---|---|---|---|
| | Creditor's Name | **All machinery and equipment, accounts receivable, torts, general intangibles** | | |

**Attn: Bankruptcy Department
2 North 20th Street, Suite 320
Birmingham, AL 35203**

Creditor's mailing address

**Describe the lien**

**UCC Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**8/5/2020**

**Last 4 digits of account number**

**7908**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $15,988,520.33 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **US Small Business Administration
801 Tom Martin Dr
Suite 200
Birmingham, AL 35211** | Line  **2.3** | |

Debtor name     **Young Men's Christian Association of Metropolitan Huntsville, Alabama**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ALABAMA

Case number (if known)     **24-81638-CRJ11**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
**501(c) Agencies Trust**
**c/o Trust Department**
**400 Race Street, Suite 200**
**San Jose, CA 95126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,024.33**

---

**3.2** | **Nonpriority creditor's name and mailing address**
**ACTIVTRAX, LLC**
**849-J Quince Orchard Blvd**
**Gaithersburg, MD 20878**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$270.00**

---

**3.3** | **Nonpriority creditor's name and mailing address**
**Adrianna Nichols**
**144 Belle Haven Dr.**
**Owens Cross Roads, AL 35763**

Date(s) debt was incurred  **8/20/24**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Reimbursable Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

**$155.85**

---

**3.4** | **Nonpriority creditor's name and mailing address**
**Akaya Williams**
**3204 Howard St. NW**
**Huntsville, AL 35810**

Date(s) debt was incurred  **8/15/24**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Reimbursable Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

**$186.26**

26370

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,290.84** |
| | **Amazon Capital Services, Inc.**<br>**PO Box 035184**<br>**Seattle, WA 98124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Trade Debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$570.00** |
| | **American Red Cross**<br>**1015 Airport Rd SW**<br>**Huntsville, AL 35802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Vendor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,509.88** |
| | **Anders Pool & Spa Company**<br>**1227 Putman Drive**<br>**Huntsville, AL 35816** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Vendor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,824.94** |
| | **Arab Electric Cooperative**<br>**PO Box 1068**<br>**Guntersville, AL 35976** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Utilities</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$501.20** |
| | **Arab Water Works**<br>**526 Cullman Road**<br>**Arab, AL 35016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Vendor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$632.45** |
| | **Background Investigation Bureau, LLC**<br>**9710 Northcross Center Ct**<br>**Ste 100**<br>**Huntersville, NC 28078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Vendor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$458.92** |
| | **Best Plumbing Specialties, Inc.**<br>**PO Box 750**<br>**Myersville, MD 21773** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Vendor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.12** | Nonpriority creditor's name and mailing address

**Big Marlin Group**
**425 West Guadalupe Road, Suite 101**
**Gilbert, AZ 85233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$3,790.99

---

**3.13** | Nonpriority creditor's name and mailing address

**Bizzy Beez Cleaning**
**184 Arnett Raod**
**Madison, AL 35756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$3,500.00

---

**3.14** | Nonpriority creditor's name and mailing address

**Brenntag Mid-South Inc**
**3796 Reliable Parkway**
**Chicago, IL 60686-0037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$1,302.23

---

**3.15** | Nonpriority creditor's name and mailing address

**Brian Culpepper**
**2008 Saxton Place**
**Apopka, FL 32703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$680.75

---

**3.16** | Nonpriority creditor's name and mailing address

**Buster Brasfield**
**307 Red Oak Road**
**Madison, AL 35758**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Reimbursable Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

$338.52

---

**3.17** | Nonpriority creditor's name and mailing address

**Canon Financial Services, Inc.**
**Attn:  Bankruptcy Department**
**14904 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$1,343.13

---

**3.18** | Nonpriority creditor's name and mailing address

**Carl Smith**
**13238 New Foal Lane Northwest**
**Madison, AL 35756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$300.00

---

Debtor    **Young Men's Christian Association of Metropolitan Huntsville, Alabama**
_____
Name

Case number (if known)    24-81638-CRJ11

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $307.70 |
|---|---|---|---|

**CenturyLink**
**P O Box 4300**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $380.00 |
|---|---|---|---|

**Chamber of Commerce**
**225 Church Street**
**Huntsville, AL 35801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Christopher Shelly**
**54 Pineridge Drive**
**Silver Creek, GA 30173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/20/24__

Basis for the claim: __Employee Reimbursable Expenses__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.82 |
|---|---|---|---|

**Cintas Corporation-Loc. 241**
**15201 Alabama Highway 20 SW**
**Madison, AL 35756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.50 |
|---|---|---|---|

**Comcast Cable of Huntsville**
**2605 Circle 75 Pwky SE**
**Atlanta, GA 30339-4268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.02 |
|---|---|---|---|

**Cornell Direct LLC**
**7915 North 81st Street**
**Milwaukee, WI 53223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.05 |
|---|---|---|---|

**Court Products**
**3935 Grove Avenue**
**Gurnee, IL 60031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | **$4,200.00**

Dr. Nancy C. Horton
91 County Rd 794
Cullman, AL 35055

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | **$150.08**

Erin Ledet
684 Carter Grove Rd
Toney, AL 35773

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Employee Reimbursable Travel Expenses 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | **$210.00**

FDR Services, Inc.
Attn: Bankruptcy Dept.
44 Newmans Ct.
Hempstead, NY 11550

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | **$170.59**

Francesca Bartko
281 Postwood Court
Madison, AL 35758

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Employee Reimbursable Expenses 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | **$186.24**

Gabrielle Martin
106 Chewacia Court
New Market, AL 35761

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/15/24 

Basis for the claim:  Employee Reimbursable Expenses 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | **$8,986.99**

Garrie Mechanical Contractors, LLC
888 Old Mountain Fork Road
New Market, AL 35761

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | **$40.00**

Global Fire Sprinklers, LLC
4242 Bryson Blvd
Florence, AL 35630

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $306.00 |
|---|---|---|---|
| | **Google Fiber Inc.** | ☐ Contingent | |
| | **Attn: Bankruptcy Dept.** | ☐ Unliquidated | |
| | **1600 Amphitheatre Parkway** | ☐ Disputed | |
| | **Mountain View, CA 94043** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,191.88 |
|---|---|---|---|
| | **Gordon Food Service, Inc.** | ☐ Contingent | |
| | **1300 GEZON PKWY SW** | ☐ Unliquidated | |
| | **P O BOX 2244** | ☐ Disputed | |
| | **Grand Rapids, MI 49501-2244** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,072.74 |
|---|---|---|---|
| | **Hatch, Inc.** | ☐ Contingent | |
| | **PO Box 88576** | ☐ Unliquidated | |
| | **Milwaukee, WI 53288-0576** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.72 |
|---|---|---|---|
| | **HD Supply** | ☐ Contingent | |
| | **formerly Home Depot Pro** | ☐ Unliquidated | |
| | **PO Box 404468** | ☐ Disputed | |
| | **Atlanta, GA 30384-4468** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.00 |
|---|---|---|---|
| | **Heartland Pest Control** | ☐ Contingent | |
| | **126 Tina Lane** | ☐ Unliquidated | |
| | **New Hope, AL 35760** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.26 |
|---|---|---|---|
| | **Home Depot** | ☐ Contingent | |
| | **Department 32** | ☐ Unliquidated | |
| | **PO Box 70614** | ☐ Disputed | |
| | **Philadelphia, PA 19176-0614** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Store Credit Card__ | |
| | Last 4 digits of account number __8235__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,573.49 |
|---|---|---|---|
| | **Huntsville Utilities** | ☐ Contingent | |
| | **112 Spragins St NW** | ☐ Unliquidated | |
| | **Huntsville, AL 35801** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Utilities__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,178.04 |
|---|---|---|---|
| | **Huntsville Utilities**<br>**Attn: Bankruptcy Dept.**<br>**112 Spragins Street**<br>**Huntsville, AL 35801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Downtown YMCA Rent | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $964.29 |
|---|---|---|---|
| | **InterExchange**<br>**100 Wall Street**<br>**Ste 301**<br>**New York, NY 10005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.42 |
|---|---|---|---|
| | **Isaac Nutter**<br>**130 Park Square Lane**<br>**Madison, AL 35758** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.26 |
|---|---|---|---|
| | **Jacqueline Moore**<br>**417 Julia Street, Apt 109**<br>**Huntsville, AL 35816** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 8/15/24 | Basis for the claim: Employee Reimbursable Expenses | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,995.00 |
|---|---|---|---|
| | **Jani-King of Huntsville**<br>**6767 Old Madison Pike NW, Ste 670**<br>**Huntsville, AL 35806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.85 |
|---|---|---|---|
| | **Jasmine Bello**<br>**6249 Rime Village Drive, Apt 201**<br>**Huntsville, AL 35806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 8/20/24 | Basis for the claim: Employee Reimbursable Expenses | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|
| | **Jesse Stutts Inc.**<br>**3414 9th Avenue SW**<br>**Huntsville, AL 35805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.47** | Nonpriority creditor's name and mailing address
Jules and Associates, Inc.
515 S. Figueroa Street
Suite 1950
Los Angeles, CA 90071

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$7,107.27

---

**3.48** | Nonpriority creditor's name and mailing address
Kierra Andrews
1080 Grandview Blvd, Apt 811
Huntsville, AL 35824

Date(s) debt was incurred  8/20/24

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee Reimbursable Expenses

Is the claim subject to offset? ☐ No ☐ Yes

$155.85

---

**3.49** | Nonpriority creditor's name and mailing address
Kronos SaaShr
3040 Route 22 West, Suite 200
Somerville, NJ 08876

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$4,482.17

---

**3.50** | Nonpriority creditor's name and mailing address
Lakeshore Learning Materials, LLC
2695 E. Dominguez St.
Carson, CA 90895

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$474.05

---

**3.51** | Nonpriority creditor's name and mailing address
Lakeside North, LLC
38 Rowe Drive
Guntersville, AL 35976

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.52** | Nonpriority creditor's name and mailing address
Les Mills
PO Box 74008587
363 West Erie St., Suite 200
Chicago, IL 60674-8587

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,694.00

---

**3.53** | Nonpriority creditor's name and mailing address
Life Fitness
Attn: Law Department
10601 Belmont Avenue
Franklin Park, IL 60131

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$730.22

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Madison County Health Department**
c/o Environmental Health
P.O. Box 17708
Huntsville, AL 35810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,952.69 |
|---|---|---|---|

**Madison Utilities**
101 Ray Sanderson Drive
Madison, AL 35758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,400.00 |
|---|---|---|---|

**Marsh & McLennan**
PO Box 744833
Atlanta, GA 30374-4833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Marshall County Health Department**
150 Judy Smith Drive
Guntersville, AL 35976

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,228.00 |
|---|---|---|---|

**Network Services & Support**
P O Box 902
Madison, AL 35758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $976.65 |
|---|---|---|---|

**North Alabama Gas District**
P O Box 1428
Madison, AL 35758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

**OfficeGlo**
1102 MASTIN LAKE RD
Huntsville, AL 35810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,686.73 |
| | **OptiMed Health Plans** <br> **5600 Spalding Drive, Unit 927050** <br> **Norcross, GA 30010-7050** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  GAP Insurance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $49.00 |
| | **Piggly Wiggly** <br> **1455 Sunset Drive** <br> **Guntersville, AL 35976** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,951.19 |
| | **Principal** <br> **PO Box 77202** <br> **Minneapolis, MN 55480-7200** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,420.00 |
| | **Professional Fire & Security LLC** <br> **93 South Main St.** <br> **Assonet, MA 02702** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18.95 |
| | **Professional Image** <br> **1654 Front St., Ste. 5** <br> **Slidell, LA 70458** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,348.72 |
| | **Purity Dairies, Inc** <br> **117 Jetplex Ln** <br> **Madison, AL 35758** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.85 |
| | **Rainda Ruth** <br> **3325 Dunn Drive, Unit 71** <br> **Huntsville, AL 35805** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  8/20/24 | Basis for the claim:  Employee Reimbursable Expenses | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,398.75 |
|---|---|---|---|

**Redstone Federal Credit Union**
**Attn:  Bankruptcy Department**
**220 Wynn Drive NW**
**Huntsville, AL 35893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit Card Debt__

Last 4 digits of account number  __1236__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.18 |
|---|---|---|---|

**Regina Mastin**
**4216 Fortson Lane NW**
**Huntsville, AL 35810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __8/15/24__

Basis for the claim:  __Employee Reimbursable Expenses__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $581.55 |
|---|---|---|---|

**Republic Services #979**
**4704 Commercial Drive**
**Huntsville, AL 35816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Rocket City Mom Media Group**
**6275 University Dr**
**Ste. 37 #475**
**Huntsville, AL 35806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $933.64 |
|---|---|---|---|

**Shannon Neblett**
**707 Corlett Drive Southeast**
**Huntsville, AL 35802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Employee Reimbursable Expenses__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.91 |
|---|---|---|---|

**Stephanie Holloway**
**130 Park Square Lane**
**Madison, AL 35758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __8/6/24 and 7/1/24__

Basis for the claim:  __Employee Reimbursable Expenses__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,963.41 |
|---|---|---|---|

**Struthers Recreation**
**PO Box 1178**
**Pelham, AL 35124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |

**Tate Services, Inc**
378 Nick Fitcheard Rd NW
Huntsville, AL 35806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.50 |

**Team Rocket City Tri Club**
PO Box 10075
Huntsville, AL 35801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,312.60 |

**The Lioce Group**
Attn: Bankruptcy Department
2950 Drake Ave.
Huntsville, AL 35805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**The Step Company**
2130 Newmarket Pkwy
Marietta, GA 30067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.20 |

**VECTOR Security**
P.O. Box 531687
Atlanta, GA 30353-1687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $533.68 |

**Verizon Wireless**
500 Technology Drive, Suite 550
Weldon Springs, MO 63304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.92 |

**VESTIS (ARAMARK Uniform Services)**
2680 Palumbo Drive
Lexington, KY 40509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendors__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,201.50 |
|---|---|---|---|

**Vulcan Mechanical Services**
**532 Mineral Trace**
**Birmingham, AL 35244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.44 |
|---|---|---|---|

**Will Enterprises**
**7474 N. Will Enterprise Court**
**Milwaukee, WI 53224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,025.08 |
|---|---|---|---|

**Wood Fruitticher Grocery Co, Inc.**
**PO Box 830119**
**Birmingham, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade Debt</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $419.74 |
|---|---|---|---|

**WOW! Business**
**Attn: Bankruptcy Dept.**
**7887 E Belleview Ave, Suite 1000**
**Englewood, CO 80111-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Internet Service</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,333.25 |
|---|---|---|---|

**YMCA of the USA**
**101 N. Wacker Drive**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>National Dues</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,780.36 |
|---|---|---|---|

**YMCA Retirement Fund**
**120 Broadway**
**New York, NY 10271-1999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Retirement Funds</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Young Men's Christian Association of Metropolitan Huntsville, Alabama | Case number (if known) | 24-81638-CRJ11 |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** FDR Services, Inc.<br>Attn: Bankruptcy Dept<br>605 Huntsville Ave<br>Birmingham, AL 35217-2911 | Line __3.28__<br>☐ Not listed. Explain ____ | _ |
| **4.2** Google Fiber Inc.<br>c/o Corporation Service Company<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | Line __3.33__<br>☐ Not listed. Explain ____ | _ |
| **4.3** Gordon Food Services<br>GFS Florida Division<br>PO Box 88029<br>Chicago, IL 60680-1029 | Line __3.34__<br>☐ Not listed. Explain ____ | _ |
| **4.4** Jani-King of Huntsville<br>c/o Jani-King<br>16885 Dallas Parkway<br>Addison, TX 75001 | Line __3.44__<br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 372,372.28 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 372,372.28 |

Debtor name    **Young Men's Christian Association of Metropolitan Huntsville, Alabama**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    24-81638-CRJ11

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement re. Canon IRA DX C3730I (SN: 2UR01827) dated October 24, 2023, for 36 mos. at $74.97 per mo.**<br>**2 years 1 month**<br><br>**Canon Financial Services**<br>**158 Gaither Drive**<br>**Suite 200**<br>**Mount Laurel, NJ 08054** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement re. Canon SNs:XUG04756/JMQ173 67/WXD07467/XUP0466 8 dated November 17, 2021, for 36 mos. at $1193.14 per mo.**<br>**2 months**<br><br>**Canon Financial Services**<br>**Attn: Bankruptcy Department**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **DowntownYMCA, 101 Church Street SW, Huntsville, AL 35801 NW Childcare Rentals**<br>**11 months**<br><br>**City of Huntsville**<br>**308 Fountain Circle**<br>**Huntsville, AL 35801** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Office - 238 Business Park Blvd, Suite 101, Madison, AL 35758** | |
|---|---|---|---|
| | State the term remaining | **11 Months** | **Intergraph Unimproved Properties, LLC** |
| | List the contract number of any government contract | | **305 Intergraph Way** |
| | | | **Madison, AL 35758** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **YMCA-Locker Room Renovation** | |
|---|---|---|---|
| | State the term remaining | | **JS Building Company, Inc.** |
| | List the contract number of any government contract | | **108 Clinton Avenue West** |
| | | | **Huntsville, AL 35801** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Master Equipment Lease Agreement No. 20071893 dated March 5, 2015.  Renewed for 12 mos. on February 9, 2024, at $7,107.27 per mo.  Automatic yearly renewal.** | |
|---|---|---|---|
| | State the term remaining | **03/2028** | **Jules and Associates, Inc.** |
| | List the contract number of any government contract | | **515 S. Figueroa Street** |
| | | | **Suite 1950** |
| | | | **Los Angeles, CA 90071** |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name    **Young Men's Christian Association of Metropolitan Huntsville, Alabama**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    24-81638-CRJ11

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$6,294,649.82** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$10,442,803.46** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$8,948,728.00** |
| **For the fiscal year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$8,742,396.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For the fiscal year:**<br>From **1/01/2021** to **12/31/2021** | **Investment Income** | **$5,039.00** |

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Redstone Federal Credit Union**<br>**220 Wynn Drive NW**<br>**Huntsville, AL 35806-0001** | **5/27/2024 (3,394.86)**<br>**5/28/2024 (23,551.58)**<br>**6/15/2024 (9,755.39)**<br>**6/20/2024 (77,219.21)**<br>**6/27/2024 (28,624.77)**<br>**7/15/2024 (9,755.39)**<br>**7/20/2024 (77,219.21)**<br>**7/27/2024 (38,075.25)**<br>**8/5/2024 (10,000.00)**<br>**8/15/2024 (9,755.39)** | **$287,351.05** | ■ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Huntsville Utilities** | 5/30/2024 (14,226.76) 5/31/2024 (94.33) 6/7/2024 (908.09) 6/13/2024 (13,494.84) 6/14/2024 (723.45) 6/18/2024 (20,718.24) 7/1/2024 (121.03) 7/3/2024 (17,163.47) 7/10/2024 (1,293.42) 7/15/2024 (17,347.57) 7/18/2024 (1,009.94) 7/19/2024 (20,718.24) 7/26/2024 (62.65) 7/31/2024 (17,318.59) 8/1/2024 (1,206.65) 8/8/2024 (1,380.95) 8/14/2024 (17,246.17) 8/15/2024 (847.55) | $145,881.94 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.3. **Garrie Mechanical Contractors LLC** 888 Old Mountain Fork Road New Market, AL 35761 | 5/23/2024 (27,040.00) 6/10/2024 (17,157.76) 6/24/2024 (18,974.16) 6/26/2024 (909.70) 7/9/2024 (8,800.00) 7/19/2024 (2,352.41) 7/25/2024 (4,121.75) 8/19/2024 (626.75) | $79,982.53 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.4. **Jules and Associates, Inc.**<br>**515 S. Figueroa Street**<br>**Suite 1950**<br>**Los Angeles, CA 90071** | **6/3/2024**<br>**(7,107.27)**<br>**6/4/2024**<br>**(25,780.00)**<br>**7/2/2024**<br>**(7,107.27)**<br>**8/1/2024**<br>**(7,107.27)**<br>**8/2/2024**<br>**(29,047.68)** | **$76,149.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Lease Payments** |
| 3.5. **YMCA Retirement Fund**<br>**120 Broadway**<br>**New York, NY 10271-1999** | **6/18/2024**<br>**(21,482.66)**<br>**7/16/2024**<br>**(26,840.29)**<br>**8/20/2024**<br>**(18,941.66)** | **$67,264.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Employee Benefits** |
| 3.6. **Blue Cross Blue Shield of Alabama**<br>**PO Box 360037**<br>**Birmingham, AL 35236** | **8/5/2024**<br>**(20,436.04)**<br>**6/4/2024**<br>**(19,996.13)**<br>**7/2/2024**<br>**(20,907.86)** | **$61,340.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Employee Health Insurance** |
| 3.7. **Great American Insurance Company**<br>**Specialty Accounting**<br>**PO Box 89400**<br>**Cleveland, OH 44101-6400** | **8/19/2024** | **$56,379.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance** |
| 3.8. **Gains** | **6/3/2024**<br>**(14,111.73)**<br>**7/3/2024**<br>**(16,672.92)**<br>**8/5/2024**<br>**(15,927.10)** | **$46,711.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Todd's Terrific Turf**<br>**2112 Milk Run Trail SW**<br>**Huntsville, AL 35803** | **5/23/2024**<br>**(4,200.00)**<br>**6/4/2024**<br>**(9,100.00)**<br>**6/21/2024**<br>**(10,600.00)**<br>**7/12/2024**<br>**(8,300.00)**<br>**8/19/2024**<br>**(10,000.00)** | **$42,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. **Daxko** <br> **600 University Park Place, Suite 500** <br> **Birmingham, AL 35209** | **6/17/2024 (14,131.57)** <br> **6/18/2024 (11,635.42)** <br> **7/1/2024 (1,000.00)** <br> **7/17/2024 (351.00)** <br> **8/19/2024 (14,500.02)** | **$41,618.01** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.11. **Big Marlin Group** | **6/6/2024 (8,536.31)** <br> **7/9/2024 (15,324.00)** <br> **7/25/2024 (3,790.99)** <br> **8/19/2024 (8,304.62)** | **$35,955.92** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.12. **Joe Still Building Company, Inc.** <br> **PO Box 18456** <br> **Huntsville, AL 35804** | **8/7/24** | **$35,100.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.13. **YMCA of the USA** <br> **101 N. Wacker Drive** <br> **Chicago, IL 60606** | **5/28/2024 (11,083.25)** <br> **6/26/2024 (11,083.25)** <br> **7/26/2024 (11,083.25)** | **$33,249.75** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Dues** |
| 3.14. **Core Health & Fitness, LLC** <br> **PO Box 31001-2177** <br> **Pasadena, CA 91110-2177** | **7/25/24** | **$32,016.95** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.15. **J. F. Drake State Community & Technical College** <br> **3421 Meridian Street North** <br> **Huntsville, AL 35811** | **8/19/24** | **$30,153.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **HD Supply**<br>**f/k/a Home Depot Pro**<br>**PO Box 404468**<br>**Atlanta, GA 30384-4468** | **5/23/2024**<br>**(3,871.51)**<br>**6/4/2024**<br>**(4,232.28)**<br>**6/6/2024**<br>**(929.32)**<br>**7/8/2024**<br>**(8,305.17)**<br>**7/12/2024**<br>**(221.20)**<br>**7/19/2024**<br>**(752.32)**<br>**8/12/2024**<br>**(8,834.26)**<br>**8/19/2024**<br>**(944.26)** | **$28,090.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. **Gordon Food Service, Inc.**<br>**PO Box 88029**<br>**Chicago, IL 60680-1029** | **6/26/2024**<br>**(39.46)**<br>**7/19/2024**<br>**(17,573.73)**<br>**7/25/2024**<br>**(4,611.96)**<br>**8/12/2024**<br>**(453.20)**<br>**8/19/2024**<br>**(4,018.98)** | **$26,697.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **Anders Pool & Spa Company**<br>**1227 Putman Drive**<br>**Huntsville, AL 35816** | **6/3/2024**<br>**(1,290.78)**<br>**6/26/2024**<br>**(7,168.23)**<br>**7/19/2024**<br>**(2,927.17)**<br>**7/24/2024**<br>**(234.99)**<br>**8/19/2024**<br>**(13,111.73)** | **$24,732.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. **Huntsville City Schools**<br>**PO Box 1256**<br>**Huntsville, AL 35807-4801** | **6/4/2024**<br>**(13,334.35)**<br>**6/24/2024**<br>**(8,113.70)**<br>**7/19/2024**<br>**(1,920.05)** | **$23,368.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.20. **Amazon Capital Services, Inc.**<br>PO Box 035184<br>Seattle, WA 98124-5184 | **5/23/2024<br>(867.59)<br>6/4/2024<br>(5,303.75)<br>6/6/2024<br>(1,464.57)<br>6/14/2024<br>(991.01)<br>6/26/2024<br>(2,976.52)<br>7/8/2024<br>(4,108.76)<br>7/9/2024<br>(1,091.25)<br>7/12/2024<br>(419.84)<br>7/19/2024<br>(508.20)<br>7/25/2024<br>(282.44)<br>7/29/2024<br>(61.43)<br>8/12/2024<br>(681.91)<br>8/19/2024<br>(3,311.99)** | **$22,069.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. **Bizzy Beez Cleaning**<br>184 Arnett Road<br>Madison, AL 35756 | **6/6/2024<br>(5,935.00)<br>6/26/2024<br>(3,500.00)<br>7/12/2024<br>(2,600.00)<br>8/13/2024<br>(5,935.00)** | **$17,970.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. **Principal Life Insurance Company** | **6/3/2024<br>(5,510.18)<br>7/2/2024<br>(5,332.06)<br>8/2/2024<br>(5,374.13)** | **$16,216.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.23. **Network Services & Support**<br>PO Box 902<br>Madison, AL 35758 | **6/26/2024<br>(1,228.78)<br>7/9/2024<br>(13,224.00)<br>7/11/2024<br>(235.00)<br>8/19/2024<br>(1,378.00)** | **$16,065.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.24. **American Sail, Inc.**<br>7350 Pepperdam Avenue<br>North Charleston, SC 29418 | **6/12/24** | **$16,045.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.25. **Wood Fruitticher Grocery Co, Inc.** 2900 Alton Road Birmingham, AL 35210 | 5/23/2024 (4,318.55) 6/4/2024 (2,359.30) 6/6/2024 (1,489.71) 6/26/2024 (672.15) 7/9/2024 (542.87) 7/15/2024 (3,322.09) 7/25/2024 (2,485.57) | $15,190.24 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.26. **Alabama Pool Kings, LLC** | 6/6/24 | $14,050.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27. **Will Enterprises** 7474 N. Will Enterprise Court Milwaukee, WI 53224 | 5/23/2024 (3,585.52) 6/26/2024 (914.18) 7/19/2024 (6,553.35) 8/12/2024 (1,291.29) 8/19/2024 (1,266.00) | $13,610.34 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.28. **Original Brand Merch (YBA)** 518 W. 800 N. Orem, UT 84057 | 5/23/2024 (6,729.90) 6/26/2024 (6,680.58) | $13,410.48 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.29. **Ninja Zone** 860 East 186 Street Westfield, IN 46074 | 8/6/24 | $13,090.60 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.30. **Success Marketing** PO Box 14484 Huntsville, AL 35815 | 5/23/2024 (5,185.00) 7/9/2024 (6,395.00) 8/12/2024 (895.00) 8/19/2024 (500.00) | $12,975.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.31. **Krnos SaaShr, Inc.**<br>**PO Box 744724**<br>**Atlanta, GA 30374-4724** | **6/6/2024**<br>**(4,317.13)**<br>**7/8/2024**<br>**(4,317.13)**<br>**8/19/2024**<br>**(4,207.37)** | **$12,841.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.32. **North Alabama Gas District**<br>**PO Box 1428**<br>**Madison, AL 35758** | **6/4/2024**<br>**(5,027.31)**<br>**7/5/2024**<br>**(5,792.07)**<br>**8/5/2024**<br>**(1,036.17)** | **$11,855.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.33. **Roto-Rooter - Mazama Services**<br>**9471 US Highway 431**<br>**Albertville, AL 35950** | **6/4/2024**<br>**(1,155.00)**<br>**6/26/2024**<br>**(479.14)**<br>**7/9/2024**<br>**(715.00)**<br>**7/25/2024**<br>**(1,504.96)**<br>**8/12/2024**<br>**(1,069.50)**<br>**8/19/2024**<br>**(6,206.28)** | **$11,129.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.34. **J. Smith Lanier & Co.**<br>**PO Box 6087**<br>**Huntsville, AL 35813-0087** | **8/19/24** | **$10,550.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.35. **Hatch, Inc.**<br>**PO Box 88576** | **6/4/2024**<br>**(926.98)**<br>**8/19/2024**<br>**(9,548.40)** | **$10,475.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. **CYN Shea's**<br>**415 Chruch Street, Suite E-5**<br>**Huntsville, AL 35801** | **6/24/2024**<br>**(880.00)**<br>**7/15/2024**<br>**(9,404.00)** | **$10,284.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. **Intergraph Corporation**<br>**7104 Solution Center** | **6/12/2024**<br>**(3,266.66)**<br>**7/12/2024**<br>**(3,266.66)**<br>**8/12/2024**<br>**(3,266.66)** | **$9,799.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Rent**__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.38. **Big Bounce Rentals**<br>**288 Sutton Drive**<br>**Hazel Green, AL 35750** | **7/9/2024**<br>**(1,695.20)**<br>**7/12/2024**<br>**(1,943.20)**<br>**7/19/2024**<br>**(1,903.87)**<br>**8/19/2024**<br>**(3,872.10)** | **$9,414.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39. **Head Rush Technologies**<br>**1699 Cherry Street, Unit C**<br>**Louisville, CO 80027** | **7/12/24** | **$8,701.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40. **International Exchange of North America**<br>**699 Washington Street, Suite 203**<br>**Hackettstown, NJ 07840** | **7/9/24** | **$7,960.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Heard, Ary & Dauro, LLC 303 Williams Avenue Park Plaza, Suite 921 Huntsville, AL 35801** | | **July 2025** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor in 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **YMCA of Metropolitan Huntsville of Alaba 120 Holmes Avenue Suite 300 Huntsville, AL 35801** | **unknown - 2022** |

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| YMCA Camp Cha La Kee 4380 Cha La Kee Road Guntersville, AL 35976 | YMCA Officers, Managers, and Employees | | ☐ No ■ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Jeff Sanders**<br>**238 Business Park Blvd.**<br>**Madison, AL 35758** | |
| 26a.2.  **Beth Lumb**<br>**2515 Woodhurst Drive**<br>**Huntsville, AL 35803** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Bland Blackwell & Co.**<br>**4930 Corporate Drive**<br>**Suite A**<br>**Huntsville, AL 35805** | **2021/2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Jeff Sanders**<br>**238 Business Park Blvd.**<br>**Madison, AL 35758** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Redstone Federal Credit Union**<br>**220 Wynn Drive NW**<br>**Huntsville, AL 35893** |
| 26d.2. | **YMCA of the USA** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JEFF COLLEN | | INTERIM CHIEF EXECUTIVE OFFICER | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JEFF SANDERS | | CHIEF FINANCIAL OFFICER | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DAVID BIER | 305 Quality Circle NW<br>Huntsville, AL 35806 | DIRECTOR | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JAY COBB | 305 Intergraph Way<br>Madison, AL 35758 | DIRECTOR | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| THOMAS HOUSTON | Mazda Toyota | DIRECTOR | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ORLIS MOSS | 6726 Odyssey Dr.<br>Huntsville, AL 35806 | DIRECTOR | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SARAH OSBORNE | 200 Clinton Avenue Suite<br>Huntsville, AL 35801 | DIRECTOR | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| CHRIS ROBINSON | US Army Material | DIRECTOR | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SCOTT SEELEY | 201 Williams Avenue Huntsville, AL 35801 | DIRECTOR | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JARED SHARP | Warren Averett | DIRECTOR/TREASURER | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| BRITTANY TOTH | 118 Jefferson Street Huntsville, AL 35801 | DIRECTOR | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| KAROCKAS WATKINS | Ability Plus | DIRECTOR/CHAIRPERSON | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| BEV CAPPS | | CHIEF OPERATIONS OFFICER | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| PeggyLee Wright | 229 Wynn Dr NW Huntsville, AL 35805 | DIRECTOR | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Porter | Alabama A&M | DIRECTOR | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| JERRY COURTNEY | | PRESIDENT AND CEO | Unknown - 08/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| WESLEY CRUNKLETON | | DIRECTOR | 2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| JOHN HOWARD | | DIRECTOR | 2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| KATHY PARIKH | | DIRECTOR | Unknown - 2023/4 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| KRISTIN PRASAD | | DIRECTOR | Unknown - 2023/4 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| JOE STEDER | | DIRECTOR | Unknown - 2023/4 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| JIMMY THORNTON | | DIRECTOR | 2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| KEN WATSON | | DIRECTOR | Unknown - 2023/4 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 27, 2024**

**/s/ Jeff Collen**                                                **Jeff Collen**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Interim Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Alabama

In re    **Young Men's Christian Association of Metropolitan Huntsville, Alabama**    Case No.    24-81638-CRJ11
                 Debtor(s)             Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 100,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 75,000.00 |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 27, 2024**
*Date*

     **/s/ Kevin D. Heard**
     **Kevin D. Heard**
     *Signature of Attorney*
     **Heard, Ary & Dauro, LLC**
     **303 Williams Avenue**
     **Park Plaza, Suite 921**
     **Huntsville, AL 35801**
     **256-535-0817  Fax: 256-535-0818**
     **kheard@heardlaw.com**
     *Name of law firm*

# United States Bankruptcy Court
## Northern District of Alabama

In re   **Young Men's Christian Association of Metropolitan Huntsville, Alabama**    Case No.   24-81638-CRJ11

Debtor(s)    Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Interim Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 27, 2024**      Signature   **/s/ Jeff Collen**

                                                   **Jeff Collen**

<em>Penalty for making a false statement of concealing property:</em> Fine of up to $500,000 or imprisonment for up to 5 years or both.<br>18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**

**Northern District of Alabama**

| In re | **Young Men's Christian Association of Metropolitan Huntsville, Alabama** | Case No. | 24-81638-CRJ11 |
|---|---|---|---|
| | Debtor(s) | Chapter | **11** |

# VERIFICATION OF CREDITOR MATRIX

I, the Interim Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 27, 2024**

**/s/ Jeff Collen**

**Jeff Collen**/**Interim Chief Executive Officer**
Signer/Title

Redstone Federal Credit Union
Attn: Bankruptcy Department
220 Wynn Drive NW
Huntsville, AL 35806-0001

Arab Electric Cooperative
PO Box 1068
Guntersville, AL 35976

Canon Financial Services
158 Gaither Drive
Suite 200
Mount Laurel, NJ 08054

US Small Business Administration
Attn: Bankruptcy Department
2 North 20th Street, Suite 320
Birmingham, AL 35203

Arab Water Works
526 Cullman Road
Arab, AL 35016

Canon Financial Services
Attn: Bankruptcy Department
14904 Collections Center Drive
Chicago, IL 60693

501(c) Agencies Trust
c/o Trust Department
400 Race Street, Suite 200
San Jose, CA 95126

Background Investigation Bureau, LLC
9710 Northcross Center Ct
Ste 100
Huntersville, NC 28078

Canon Financial Services, Inc.
Attn: Bankruptcy Department
14904 Collections Center Drive
Chicago, IL 60693

ACTIVTRAX, LLC
849-J Quince Orchard Blvd
Gaithersburg, MD 20878

Best Plumbing Specialties, Inc.
PO Box 750
Myersville, MD 21773

Carl Smith
13238 New Foal Lane Northwest
Madison, AL 35756

Adrianna Nichols
144 Belle Haven Dr.
Owens Cross Roads, AL 35763

Big Marlin Group
425 West Guadalupe Road, Suite 101
Gilbert, AZ 85233

CenturyLink
P O Box 4300
Carol Stream, IL 60197

Akaya Williams
3204 Howard St. NW
Huntsville, AL 35810

Bizzy Beez Cleaning
184 Arnett Raod
Madison, AL 35756

Chamber of Commerce
225 Church Street
Huntsville, AL 35801

Amazon Capital Services, Inc.
PO Box 035184
Seattle, WA 98124

Brenntag Mid-South Inc
3796 Reliable Parkway
Chicago, IL 60686-0037

Christopher Shelly
54 Pineridge Drive
Silver Creek, GA 30173

American Red Cross
1015 Airport Rd SW
Huntsville, AL 35802

Brian Culpepper
2008 Saxton Place
Apopka, FL 32703

Cintas Corporation-Loc. 241
15201 Alabama Highway 20 SW
Madison, AL 35756

Anders Pool & Spa Company
1227 Putman Drive
Huntsville, AL 35816

Buster Brasfield
307 Red Oak Road
Madison, AL 35758

City of Huntsville
308 Fountain Circle
Huntsville, AL 35801

Comcast Cable of Huntsville
2605 Circle 75 Pwky SE
Atlanta, GA 30339-4268

Global Fire Sprinklers, LLC
4242 Bryson Blvd
Florence, AL 35630

InterExchange
100 Wall Street
Ste 301
New York, NY 10005

Cornell Direct LLC
7915 North 81st Street
Milwaukee, WI 53223

Google Fiber Inc.
Attn: Bankruptcy Dept.
1600 Amphitheatre Parkway
Mountain View, CA 94043

Intergraph Unimproved Properties, LL
305 Intergraph Way
Madison, AL 35758

Court Products
3935 Grove Avenue
Gurnee, IL 60031

Gordon Food Service, Inc.
1300 GEZON PKWY SW
P O BOX 2244
Grand Rapids, MI 49501-2244

Isaac Nutter
130 Park Square Lane
Madison, AL 35758

Dr. Nancy C. Horton
91 County Rd 794
Cullman, AL 35055

Hatch, Inc.
PO Box 88576
Milwaukee, WI 53288-0576

Jacqueline Moore
417 Julia Street, Apt 109
Huntsville, AL 35816

Erin Ledet
684 Carter Grove Rd
Toney, AL 35773

HD Supply
formerly Home Depot Pro
PO Box 404468
Atlanta, GA 30384-4468

Jani-King of Huntsville
6767 Old Madison Pike NW, Ste 6
Huntsville, AL 35806

FDR Services, Inc.
Attn: Bankruptcy Dept.
44 Newmans Ct.
Hempstead, NY 11550

Heartland Pest Control
126 Tina Lane
New Hope, AL 35760

Jasmine Bello
6249 Rime Village Drive, Apt 201
Huntsville, AL 35806

Francesca Bartko
281 Postwood Court
Madison, AL 35758

Home Depot
Department 32
PO Box 70614
Philadelphia, PA 19176-0614

Jesse Stutts Inc.
3414 9th Avenue SW
Huntsville, AL 35805

Gabrielle Martin
106 Chewacia Court
New Market, AL 35761

Huntsville Utilities
112 Spragins St NW
Huntsville, AL 35801

JS Building Company, Inc.
108 Clinton Avenue West
Huntsville, AL 35801

Garrie Mechanical Contractors, LLC
888 Old Mountain Fork Road
New Market, AL 35761

Huntsville Utilities
Attn: Bankruptcy Dept.
112 Spragins Street
Huntsville, AL 35801

Jules and Associates, Inc.
515 S. Figueroa Street
Suite 1950
Los Angeles, CA 90071

Kierra Andrews
1080 Grandview Blvd, Apt 811
Huntsville, AL 35824

Marshall County Health Department
150 Judy Smith Drive
Guntersville, AL 35976

Purity Dairies, Inc
117 Jetplex Ln
Madison, AL 35758

Kronos SaaShr
3040 Route 22 West, Suite 200
Somerville, NJ 08876

Network Services & Support
P O Box 902
Madison, AL 35758

Rainda Ruth
3325 Dunn Drive, Unit 71
Huntsville, AL 35805

Lakeshore Learning Materials, LLC
2695 E. Dominguez St.
Carson, CA 90895

North Alabama Gas District
P O Box 1428
Madison, AL 35758

Redstone Federal Credit Union
Attn: Bankruptcy Department
220 Wynn Drive NW
Huntsville, AL 35893

Lakeside North, LLC
38 Rowe Drive
Guntersville, AL 35976

OfficeGlo
1102 MASTIN LAKE RD
Huntsville, AL 35810

Regina Mastin
4216 Fortson Lane NW
Huntsville, AL 35810

Les Mills
PO Box 74008587
363 West Erie St., Suite 200
Chicago, IL 60674-8587

OptiMed Health Plans
5600 Spalding Drive, Unit 927050
Norcross, GA 30010-7050

Republic Services #979
4704 Commercial Drive
Huntsville, AL 35816

Life Fitness
Attn: Law Department
10601 Belmont Avenue
Franklin Park, IL 60131

Piggly Wiggly
1455 Sunset Drive
Guntersville, AL 35976

Rocket City Mom Media Group
6275 University Dr
Ste. 37 #475
Huntsville, AL 35806

Madison County Health Department
c/o Environmental Health
P.O. Box 17708
Huntsville, AL 35810

Principal
PO Box 77202
Minneapolis, MN 55480-7200

Shannon Neblett
707 Corlett Drive Southeast
Huntsville, AL 35802

Madison Utilities
101 Ray Sanderson Drive
Madison, AL 35758

Professional Fire & Security LLC
93 South Main St.
Assonet, MA 02702

Stephanie Holloway
130 Park Square Lane
Madison, AL 35758

Marsh & McLennan
PO Box 744833
Atlanta, GA 30374-4833

Professional Image
1654 Front St., Ste. 5
Slidell, LA 70458

Struthers Recreation
PO Box 1178
Pelham, AL 35124

Tate Services, Inc
378 Nick Fitcheard Rd NW
Huntsville, AL 35806

Wood Fruitticher Grocery Co, Inc.
PO Box 830119
Birmingham, AL 35283

Team Rocket City Tri Club
PO Box 10075
Huntsville, AL 35801

WOW! Business
Attn: Bankruptcy Dept.
7887 E Belleview Ave, Suite 1000
Englewood, CO 80111-6015

The Lioce Group
Attn: Bankruptcy Department
2950 Drake Ave.
Huntsville, AL 35805

YMCA of the USA
101 N. Wacker Drive
Chicago, IL 60606

The Step Company
2130 Newmarket Pkwy
Marietta, GA 30067

YMCA Retirement Fund
120 Broadway
New York, NY 10271-1999

VECTOR Security
P.O. Box 531687
Atlanta, GA 30353-1687

FDR Services, Inc.
Attn: Bankruptcy Dept
605 Huntsville Ave
Birmingham, AL 35217-2911

Verizon Wireless
500 Technology Drive, Suite 550
Weldon Springs, MO 63304

Google Fiber Inc.
c/o Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

VESTIS (ARAMARK Uniform Services)
2680 Palumbo Drive
Lexington, KY 40509

Gordon Food Services
GFS Florida Division
PO Box 88029
Chicago, IL 60680-1029

Vulcan Mechanical Services
532 Mineral Trace
Birmingham, AL 35244

Jani-King of Huntsville
c/o Jani-King
16885 Dallas Parkway
Addison, TX 75001

Will Enterprises
7474 N. Will Enterprise Court
Milwaukee, WI 53224

US Small Business Administration
801 Tom Martin Dr
Suite 200
Birmingham, AL 35211